

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 JEROME ANTWAN ANDREWS,<br><br>Defendant.<br>_____ / | Case:2:25-cr-20738<br>Judge: Berg, Terrence G.<br>MJ: Grand, David R.<br>Filed: 10-01-2025 At 08:37 AM<br>USA V SEALED MATTER (LG)<br><br>Violations:<br>18 U.S.C. § 1029(a)(4)<br>18 U.S.C. § 1029(a)(3)<br>18 U.S.C. § 1028A |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1029(a)(4)
### Illegal Possession of Device-Making Equipment

1.  On or about October 7th, 2020, in the Eastern District of Michigan, the defendant ANDREWS, knowingly and with intent to defraud, had control and custody over, and possessed, device-making equipment, to wit: a Pronto Magicard identification card printer, an embosser, a laminator, and a card cutter; and in doing so affected interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(4) and (c)(1)(A)(ii).

1

## COUNT 2
## 18 U.S.C. § 1029(a)(3)
### Possession of Fifteen or More Unauthorized Access Devices

2.   On or about October 7th, 2020, in the Eastern District of Michigan, the defendant, ANDREWS, knowingly and with intent to defraud, possessed fifteen or more counterfeit and unauthorized access devices—that is twenty-four physical driver's licenses (twenty-two Michigan licenses and two Ohio licenses) and electronically stored social security numbers, photographs of social security cards, driver's license numbers, and/or photographs of driver's licenses associated with over 250 names—said possession affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i).

## COUNT THREE
## 18 U.S.C. § 1028A(a)(1)
### Aggravated Identity Theft

3.   On or about October 7th, 2020, in the Eastern District of Michigan, the defendant, ANDREWS, did knowingly possess, without lawful authority, a means of identification of another person, specifically the name, date of birth, and social security number of J.F., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), specifically illegal possession of device-making equipment in violation of 18 U.S.C. § 1029(a)(4) (Count 1), all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FOUR
## 18 U.S.C. § 1028A(a)(1)
### Aggravated Identity Theft

4.  On or about October 7th, 2020, in the Eastern District of Michigan, the defendant, ANDREWS, did knowingly possess, without lawful authority, a means of identification of another person, specifically the name, date of birth, and social security number of S.G., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), specifically illegal possession of device-making equipment in violation of 18 U.S.C. § 1029(a)(4) (Count 1), all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FIVE
## 18 U.S.C. § 1028A(a)(1)
### Aggravated Identity Theft

5.  On or about October 7th, 2020, in the Eastern District of Michigan, the defendant, ANDREWS, did knowingly possess, without lawful authority, a means of identification of another person, specifically the name, social security number, and date of birth of C.U., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), specifically illegal possession of device-making equipment in violation of 18 U.S.C. § 1029(a)(4) (Count 1), all in violation of 18 U.S.C. § 1028A(a)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. §§ 982(a)(2)(B), 982(a)(8), and 1029(c)(1)(C)

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B), Section 982(a)(8) and 1029(c)(1)(C).

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1029 set forth in Counts One and Two of this Indictment, the defendant, **JEROME ANTWAN ANDREWS**, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of violations of Title 18, United States Code, Sections 1029, and any personal property used or intended to be used to commit the violations.

If any of the property identified in connection with the foregoing, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982((b)(1) and 1029(c)(2).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


*s/ John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit

*s/ K. Craig Welkener*
KENTON CRAIG WELKENER, JR.
Assistant U.S. Attorney

Dated: 10/1/2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:25-cr-20738<br>Judge: Berg, Terrence G.<br>MJ: Grand, David R.<br>Filed: 10-01-2025 At 08:37 AM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

## Companion Case Information

Companion Case Number: 23-cr-20659

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:     Judge Assigned: Judith E. Levy

☒ Yes     ☐ No     AUSA's Initials: KCW

Case Title: USA v. Jerome Antwan Andrews

County where offense occurred: Wayne

Check One:     ☒ Felony     ☐ Misdemeanor     ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 1, 2025
Date

s/K. Craig Welkener
Kenton Craig Welkener
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-0248
E-Mail address: kenton.welkener@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.